IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3005-FL

| | | |
|---|---|---|
| RONALD J. VOREL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY JOHNS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Ronald J. Vorel (hereinafter "plaintiff"), a federal inmate, filed this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Defendants Willard Abe Andes, Mack Bonner, Amy Jacobs, Tracy Johns, Sergio Mercado, Jr., Jeanette Ortiz, Josef Rivero, Tiffany Williams, James Winston, and Harvey Lappins (collectively referred to as "defendants") moved to consolidate (DE # 16) this action with Vorel v. Mercado, No. 5:09-CT-3090-BO (E.D.N.C. filed May 7, 2009) (unpublished). The matter is ripe for adjudication.

Rule 42(a)(2) provides: "If actions before the court involve a common question of law or fact, the court may [] consolidate the actions." In order entered November 10, 2010, Judge Boyle indicated his assent to acceptance of the assignment herein requested through order granting defendants' motion to consolidate. The undersigned similarly has reviewed both actions and agrees that they sufficiently are related to warrant consolidation pursuant to Rule 42. Consolidation of these actions before a single judge would promote efficient administration of these actions.

The undersigned further finds that plaintiff filed the action currently pending before Judge

Boyle in <u>Vorel v. Mercado</u>, No. 5:09-CT-3090-BO (E.D.N.C. filed May 7, 2009) (unpublished) prior to the instant action. Therefore, it is appropriate that this action be re-assigned to the docket of Judge Boyle. All future docket entries should be docketed in the lead case, <u>Vorel v. Mercado</u>, No. 5:09-CT-3090-BO (E.D.N.C. filed May 7, 2009) (unpublished).

For the reasons given, defendants' motion to consolidate (DE # 16) is GRANTED and with Judge Boyle's consent appearing in the record, the clerk is directed to re-assign the case before me now to Judge Boyle for determination of remaining issues.

SO ORDERED, this the 12th day of November, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge